

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-17-00979-CV |
| Style: | The City of Houston |
| | **v** Ecohub, LLC (for itself and as assignee of EcoHub-Houston, LLC); Dolcefino Communications, LLC d/b/a Dolcefino Consulting; and Wayne Dolcefino, in his individual capacity |
| Date motion filed[*]: | February 7, 2017 |
| Type of motion: | Motion to Lift Stay to Permit Appellee to Non-Suit Portion of Underlying Suit |
| Party filing motion: | Appellee |
| Document to be filed: | |

Is appeal accelerated?    No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:    0    Current Due date:
    Date Requested:

Ordered that motion is:

☒ Granted

      If document is to be filed, document due:

        ☐     The Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

     **We grant EcoHub, LLC's unopposed motion to lift the stay provided for in Texas Civil Practice and Remedies Code section 51.014(b) for EcoHub, LLC to file a non-suit of its claims in the trial court.**

Judge's signature:  /s/ Sherry Radack
              ☒  Acting individually    ☐  Acting for the Court

Panel consists of  _____

Date:  February 15, 2018